1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGG MICHAEL REITAN,

11           Petitioner,                    No. CIV S-04-2746 FCD GGH P

12      vs.

13   D. RUNNELS, et al.,

14           Respondents.              ORDER

15   _____/

16           Petitioner has requested an extension of time to file objections to the April 19,

17   2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18           1.  Petitioner's June 2, 2005 request for an extension of time is granted; and

19           2.  Petitioner is granted thirty days from the date of this order in which to file

20   objections to the April 19, 2005 findings and recommendations.

21   DATED:   6/10/05

22

23                                        /s/ Gregory G. Hollows

                                          _____
24                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
25   GGH:bb
     reit2746.111
26