IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGG MICHAEL REITAN,

    Petitioner,                  No. CIV S-04-2746 FCD GGH P

  vs.

D. RUNNELS,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 19, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On June 10, 2005, petitioner was granted an additional thirty

1

1  days to file his objections.  Petitioner has filed objections to
2  the findings and recommendations.
3          In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  <u>de novo</u> review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8          Accordingly, IT IS HEREBY ORDERED that:
9          1.  The findings and recommendations filed April 19,
10 2005, are adopted in full; and
11         2.  This action is dismissed.
12 DATED:July 5, 2005

14                           /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL JR.
15                           United States District Judge

2